UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

ANGELA SHAVLOVSKY and
VITALY TUZMAN,

        Defendants.
_____/

NO. CR. S-11-427 LKK

O R D E R

The defendants' motion for reconsideration and stay of release order imposing DNA testing, etc., is GRANTED. The hearing is set for October 18, 2011 at 9:15 a.m.

IT IS SO ORDERED.

DATED: October 13, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT