**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:    530.759.0700**
   **Facsimile:    530.759.0800**

**Attorney for Defendant**
**ALEXANDER KOKHANETS**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR S 11  0427 LLK |
| Plaintiff, | ) | |
| vs. | ) | **ORDER RE** REQUEST FOR WAIVER OF PRESENCE |
| ALEXANDER KOKHANETS, | ) | |
| Defendant. | ) | |

Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, empanelment of jury and imposition of sentence.  Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for hearing any day and hour the court may fix in his absence.

Request for Waiver of Presence                                       Case No. CR S 11  0427 LLK

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without defendant being present.


Dated:     October  25, 2011                    _signature on_____
                                                                 Defendant, Alexander Kokhanets


Approved:  October 24, 2011                     By: __/s/  Joseph J. Wiseman__
                                                                 JOSEPH J. WISEMAN
                                                                 Attorney for Defendant
                                                                 ALEXANDER KOKHANETS



Dated:   October 24, 2011                       Respectfully submitted,

                                                                 WISEMAN LAW GROUP, P.C.


                                                                 By: ___/s/  Joseph J. Wiseman___
                                                                 JOSEPH J. WISEMAN
                                                                 Attorney for Defendant
                                                                 ALEXANDER KOKHANETS




Dated: November 8, 2011                         I approve the above waiver of presence.



LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Request for Waiver of Presence                                      Case No. CR S 11  0427 LLK