```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  Dominique N. Thomas
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2891
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8           FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,   )   CASE NO. 2:11-CR-00427 LKK
                                )
11           Plaintiff,         )
                                )
12      v.                      )   STIPULATION AND ORDER
                                )   SCHEDULING STATUS OF COUNSEL
13  MICHAEL KENNEDY, et al.,    )   HEARING IN EASTERN DISTRICT
                                )   OF CALIFORNIA
14                              )
             Defendants.        )
15  _____)
```

On September 28, 2011, defendant Michael Kennedy was charged in the Eastern District of California with conspiracy to commit wire fraud and money laundering. Defendant Kennedy was arrested in the Southern District of Florida and initially appeared before a magistrate judge in that district on October 6, 2011. On October 20, 2011, Kennedy waived his right to a removal hearing, and Magistrate Judge Robert L. Dube ordered defendant Kennedy to appear before the court in the Eastern District of California.

///
///
///
///
///

1

1 | The parties stipulate that defendant Kennedy shall appear
2 | before a Magistrate Judge Gregory G. Hollows in the Eastern
3 | District of California for a status of counsel hearing on
4 | November 28, 2011 at 2 p.m.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: November 10, 2011          By:   /s/ Dominique Thomas
                                       DOMINIQUE N. THOMAS
                                       Assistant U.S. Attorney


                                       /s/ D'Arsey Houlihan
DATE: November 10, 2011
                                       D'ARSEY HOULIHAN, III
                                       Attorney for Michael Kennedy

**IT IS SO ORDERED.**

DATED: November 10, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1:crim
kennedy0427.stipord-statushearing.wpd