JOHN BALAZS, Bar No. 157287
Law Office of John Balazs
916 2nd Street, Second Floor
Sacramento, California  95814
Telephone (916) 447-9299
Fax: (916) 557-1118
John@Balazslaw.com

Attorney for Defendant
VITALIY TUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. S. 11-427-LKK |
| Plaintiff, | **STIPULATION AND ORDER** |
| V. | |
| VITALY TUZMAN, et. al., | Date: February 28, 2011<br>Time: 9:15 a.m. |
| Defendants. | Hon. Lawrence K. Karlton |

    The parties jointly request that the status conference in this case be continued from December 20, 2011 to **February 28, 2011 at 9:15 a.m.** They stipulate that the time between December 20, 2011 and February 28, 2011 should be excluded from the calculation of time under the Speedy Trial Act. Time has previously been excluded through December 20, 2011.

    This is a large mortgage fraud case. Various defendants are charged with conspiracy to commit mail fraud, money laundering, and criminal forfeiture. Beginning in late October 2011, the government has provided defense counsel over 6,300 pages of discovery documents. Moreover, the attorney for Michael Kennedy, Dina Santos, was appointed to represent him only about two weeks ago, on December 1, 2011. For these reasons, the parties stipulate that the ends of justice are served by the Court excluding time under the Speedy Trial Act, given the complexity of the case and so that counsel for the defendant

may have reasonable time necessary for effective preparation, taking into the account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(ii) & (iv). The parties also stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

DATE: December 16, 2011  /s/ John Balazs  
JOHN BALAZS

Attorney for Defendant  
VITALY TUZMAN

DATE: December 16, 2011  /s/ Matthew Scoble  
MATTHEW SCOBLE

Attorney for Defendant  
ANGELA SHAVLOVSKY

DATE: December 16, 2011  /s/ Dina Santos  
DINA SANTOS

Attorney for Defendant  
MICHAEL KENNEDY

DATE: December 16, 2011  /s/ Joseph Wiseman  
JOSEPH WISEMAN

Attorney for Defendant  
ALEXANDER KOKHANETS

DATE: December 16, 2011  /s/ Julia Young  
JULIA YOUNG

Attorney for Defendant  
BORIS MURZAK

DATE: December 16, 2011  /s/ Julia Young  
JULIA YOUNG

Attorney for Defendant  
ZINAIDA MURZAK

DATE: December 16, 2011  BENJAMIN B. WAGNER

United States Attorney

By: /s/ Dominque N. Thomas
DOMINIQUE N. THOMAS
Assistant U.S. Attorney

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 20, 2011, status conference be continued to February 28, 2012, at 9:15 am. For the reasons set forth above, the Court finds the period from December 20, 2011 to February 28, 2012 be excluded from the Speedy Trial Act on the basis that the ends of justice served by this requested continuance outweigh the best interest of the public and the defendants in a speedy trial under 18 U.S.C. § 3161(h)(7)(A).

DATE: December 19, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT