UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

VALERI MYSIN, et al.,

        Defendants.

                             NO. CR. S-11-427 LKK

                             O R D E R

The court is in receipt of a Notice of Related Cases, filed by defendants. ECF No. 97. Defendants assert that the above-captioned case is related to U.S. v. Yevgeniy Charikov, No. 12-CR-003-JAM. It is unclear to the court whether the cases are related within the meaning of Local Rule 123, and the court finds that it would benefit from briefing from the United States on this issue.

Accordingly, the court ORDERS the United States to submit a response to defendants' Notice of Related Cases within fourteen (14) days of the issuance of this order.

////

1

1 IT IS SO ORDERED.

2 DATED: February 17, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT