UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

ANGELA SHAVLOVSKY and
VITALY TUZMAN,

        Defendants.

          /

NO. CR. S-11-427 LKK

O R D E R

    In light of <u>Haskell v. Harris</u>, No. 10-15152, ___ F.3d ___ (9th Cir. February 23, 2012), this court's decision (attached as an exhibit) invalidating 28 C.F.R. § 28.12, which was to be submitted to the Clerk's Office this morning, will not be submitted.

    Accordingly, Tuzman's motion for the return of his DNA sample is **DENIED**.

    IT IS SO ORDERED.

    DATED: February 24, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT