1  JOHN R. DUREE, JR. INC.
   A Professional Corporation
2  State Bar No. 65684
   428 J Street, Suite 352
3  Sacramento, California 95814
   Telephone: (916) 441-0562
4  Fax: (916) 447-2988
   Email: *jduree@pacbell.net*
5
   Attorney for Defendant
6  VALERI MYSIN

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | 2:11-cr-00427 LKK |
| Plaintiff, | WAIVER OF DEFENDANT'S PRESENCE; [~~PROPOSED~~] ORDER |
| v. | |
| VALERI MYSIN, | |
| Defendant. | |

The defendant, VALERI MYSIN, hereby waives his right to be present in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence. Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver, and he agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present; and the defendant further agrees to be present in court ready for trial any day and

hour the court may fix in his absence

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161 - 3174 (Speedy Trial Act), and has authorized his attorney to set time and delays under the provisions of that Act without his being present in court on such occasions.

The original of this appearance waiver, bearing Mr. Mysin's signature, is in counsel's office.

DATE: May 9, 2012

VALERI MYSIN
Defendant

Approved by:

　/s/ John R. Duree, Jr.　
JOHN R. DUREE, JR.
Attorney for Defendant

IT IS SO ORDERED.

Dated: May 23, 2012

LAWRENCE K. KARLTON
UNITED STATES DISTRICT JUDGE