JOHN BALAZS, Bar No. 157287
Law Office of John Balazs
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone (916) 447-9299
Fax: (916) 557-1118
John@Balazslaw.com

Attorney for Defendant
VITALIY TUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VALERI MYSIN, et. al.,<br><br>Defendants. | No. 11-CR-427-LKK<br><br>**STIPULATION AND ORDER** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YEVGENIY CHARIKOV, et. al.,<br><br>Defendants. | No. 12-CR-003-JAM |

Defendant Vitaliy Tuzman, through counsel John Balazs, and the United States, through its counsel, Assistant U.S. Attorney R. Steven Lapham, hereby agree that his conditions of release in case nos. 11-CR-427-LKK and 12-CR-003-JAM be modified to permit him to travel to the Northern District of California as follows:

> Your travel is restricted to the Eastern and Northern Districts of California without the prior consent of the pretrial services officer.

The defendant understands he must continue to get advance approval to spend the night away from his residence.

All other conditions of release remain in effect.

Supervising U.S. Pretrial Services Officer Beth Baker and Assistant U.S. Attorney Steven Lapham have no objections to this modification.

Respectfully submitted,

Dated: June 19, 2012  /s/ John Balazs
JOHN BALAZS

Attorney for Defendant
VITALY TUZMAN


BENJAMIN B. WAGNER
U.S. Attorney

Dated:  June 19, 2012

By:  /s/ Steven Lapham
Steven Lapham
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED.

DATE: June 20, 2012

 /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE