```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  MATTHEW M. SCOBLE, Bar# 237432
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    ANGELA SHAVLOVSKY
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 11-427-LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | DATE: August 28, 2012 |
| | ) | Time: 9:15 a.m. |
| VALERI MYSIN et al., | ) | JUDGE: Hon. Lawrence K. Karlton |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through, STEVEN LAPHAM, Assistant U.S. Attorney, defendant, ANGELA SHAVLOVSKY by and through her counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, JOHN DUREE JR., attorney for VALERI MYSIN, DINA SANTOS, attorney for MICHAEL KENNEDY, JOSEPH WISEMAN, attorney for ALEXANDER KOKHANETS, JULIA YOUNG, attorney for BORIS MURZAK, and attorney for ZINAIDA MURZAK, and JOHN BALAZS, attorney for VITALIY TUZMAN, that the status conference set for Tuesday, June 26, 2012, be continued to Tuesday, August 28, 2012, at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine

possible defenses and to continue investigating the facts of the case.

The parties agree that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendants in a speedy trial, and they ask the Court to exclude time within which the trial of this matter must be commenced under the Speedy Trial Act from the date of this stipulation, June 22, 2012, through August 28, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, pertaining to reasonable time for defense preparation.

Dated: June 22, 2012               Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender


                                   /s/ Matthew M. Scoble
                                   MATTHEW M. SCOBLE
                                   Assistant Federal Defender
                                   Attorney for ANGELA SHAVLOVSKY


                                   /s/ Matthew M. Scoble for
                                   JOHN DUREE JR.
                                   Attorney for VALERI MYSIN


                                   /s/ Matthew M. Scoble for
                                   DINA SANTOS
                                   Attorney for MICHAEL KENNEDY


                                   /s/ Matthew M. Scoble for
                                   JOSEPH WISEMAN
                                   Attorney for ALEXANDER KOKHANETS


                                   /s/ Matthew M. Scoble for
                                   JULIA YOUNG
                                   Attorney for BORIS MURZAK

|  | /s/ Matthew M. Scoble for |
|---|---|
|  | JULIA YOUNG |
|  | Attorney for ZINAIDA MURZAK |

                                    /s/ Matthew M. Scoble for
                                    JOHN BALAZS
                                    Attorney for VITALIY TUZMAN

Dated: June 22, 2012               BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Matthew M. Scoble for
                                    STEVEN LAPHAM
                                    Assistant U.S. Attorney

**O R D E R**

The Court having received, read, and considered the stipulation of the parties and good cause appearing therefrom, the Court adopts the parties' stipulation as its order in its entirety. It is ordered that the status conference presently set for June 26, 2012, be continued to August 28, 2012, at 9:15 a.m. The Court hereby finds that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is ordered that time from the date of the parties' stipulation, June 22, 2012, up to and including, the August 28, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act

pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4 (allow defense counsel reasonable time to prepare).

IT IS SO ORDERED.

Dated: June 25, 2012

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT