**JOHN R. DUREE, JR. INC.**
**A Professional Corporation**
State Bar No. 65684
428 J Street, Suite 352
Sacramento, California 95814
Telephone: (916) 441-0562
Fax: (916) 447-2988
Email: *jduree@pacbell.net*

Attorney for Defendant
VALERI MYSIN

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | 2:11-cr-00427 LKK |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| VALERI MYSIN, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 23, 2013 at 9:15 am in Courtroom 7.

2. By this stipulation, defendant now moves to continue the status conference until March 26, 2013, at 9:15 a.m. am in Courtroom 7 and to exclude time between January 23, 2013 and March 26, 2013 under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:
   a. The parties have commenced negotiations but have not yet reached resolutions.
   b. Counsel for defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, and to discuss potential resolutions with their clients.

-1-

  c. Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d. The government does not object to the continuance.

  e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 23, 2013 to March 26, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) and Local Code T4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

 4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 18, 2013       /s/ Steve Lapham
                  STEVE LAPHAM
                  Assistant U.S. Attorney

Dated: January 18, 2013       /s/ John R. Duree, Jr.
                  JOHN R. DUREE, JR.
                  Attorney for Valeri Mysin

Dated: January 18, 2013       /s/ Matthew Scoble
                  MATTHEW MCCRARY SCOBLE
                  Attorney for Angela Shavlovsky

Dated: January 18, 2013       /s/ Dina Santos
                  DINA SANTOS
                  Attorney for Michael Kennedy

Dated: January 18, 2013       /s/ Joseph Wiseman
                  JOSEPH WISEMAN
                  Attorney for Alexander Kokhanets

| | |
|---|---|
| Dated: January 18, 2013 | /s/ Julia Mary Young<br>JULIA MARY YOUNG<br>Attorney for Zinaida Murzak<br>Attorney for Boris Murzak |
| Dated: January 24, 2013 | /s/ John Balazs<br>JOHN PAUL BALAZS<br>Attorney for Vitaliy Tuzman |

**<u>ORDER</u>**

IT IS SO FOUND AND ORDERED this 23rd day of January, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT