```
 1  JOSEPH SCHLESINGER  Bar# 87692
    Acting Federal Defender
 2  MATTHEW M. SCOBLE, Bar# 237432
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    ANGELA SHAVLOVSKY
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr.S. 11-427-LKK |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | DATE: June 25, 2013 |
| | ) | Time: 9:15 a.m. |
| VALERI MYSIN et al., | ) | JUDGE: Hon. Lawrence K. Karlton |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through, LEE BICKLEY, Assistant U.S. Attorney, defendant, ANGELA SHAVLOVSKY by and through her counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, JOHN DUREE JR., attorney for VALERI MYSIN, DINA SANTOS, attorney for MICHAEL KENNEDY, JULIA YOUNG, attorney for BORIS MURZAK, and attorney for ZINAIDA MURZAK, and JOHN BALAZS, attorney for VITALIY TUZMAN, that the status conference set for Thursday, March 26, 2012, be continued to Tuesday, June 25, 2013, at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine

possible defenses and to continue investigating the facts of the case.

The parties agree that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendants in a speedy trial, and they ask the Court to exclude time within which the trial of this matter must be commenced under the Speedy Trial Act from the date of this stipulation, March 20, 2013, through June 25, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, pertaining to reasonable time for defense preparation.

Dated: March 20, 2013                   Respectfully submitted,

                                        JOSEPH SCHLESINGER
                                        Acting Federal Defender


                                        /s/ Matthew M. Scoble
                                        MATTHEW M. SCOBLE
                                        Assistant Federal Defender
                                        Attorney for ANGELA SHAVLOVSKY


                                        /s/ Matthew M. Scoble for
                                        JOHN DUREE JR.
                                        Attorney for VALERI MYSIN


                                        /s/ Matthew M. Scoble for
                                        DINA SANTOS
                                        Attorney for MICHAEL KENNEDY


                                        /s/ Matthew M. Scoble for
                                        JULIA YOUNG
                                        Attorney for BORIS MURZAK


                                        /s/ Matthew M. Scoble for
                                        JULIA YOUNG
                                        Attorney for ZINAIDA MURZAK

/s/ Matthew M. Scoble for
                             JOHN BALAZS
                             Attorney for VITALIY TUZMAN

Dated: March 20, 2013        BENJAMIN B. WAGNER
                             United States Attorney

                             /s/ Matthew M. Scoble for
                             LEE BICKLEY
                             Assistant U.S. Attorney

**O R D E R**

The Court having received, read, and considered the stipulation of the parties and good cause appearing therefrom, the Court adopts the parties' stipulation as its order in its entirety. It is ordered that the status conference presently set for March 26, 2013, be continued to June 25, 2013, at 9:15 a.m. The Court hereby finds that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is ordered that time from the date of the parties' stipulation, March 15, 2013, up to and including, the June 25, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4 (allow defense counsel reasonable time to prepare).

IT IS SO ORDERED.

Dated: March 25, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT