**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P.C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:     530.759.0700**
   **Facsimile:     530.759.0800**

**Attorney for Defendant**
**ALEXANDER KOKHANETS**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. CR S 11 -00427 LKK |
| ) | |
| Plaintiff,  ) | |
| ) | STIPULATION AND ORDER TO |
| vs.  ) | CONTINUE STATUS CONFERENCE |
| ) | |
| ) | Date: June 25, 2013 |
| ALEXANDER KOKHANETS, et al.  ) | Time: 9:15 a.m. |
| ) | Judge: Hon. Lawrence K. Karlton |
| ) | |
| Defendants.  ) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Lee Bickley, Esq., Assistant United States Attorney, together with Joseph J. Wiseman, Esq., counsel for defendant, Alexander Kokhanets, that the status conference presently set for March 26, 2013, be continued to June 25, 2013, at 9:30 a.m., thus vacating the presently set status conference.

Defense counsel requires additional time to review the discovery and investigate the facts of the case. The parties stipulate and agree that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendants in a speedy trial, and they ask the Court to exclude time within which the trial of this matter must be commenced under the Speedy Trial Act from the date of this stipulation, March 22, 2013, through June 25, 2013, pursuant to 18

U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, pertaining to reasonable time for defense preparation.

**IT IS SO STIPULATED.**

Dated: March 22, 2013 By: /s/ Joseph J. Wiseman
JOSEPH J. WISEMAN
Attorney for Defendant
Alexander Kokhanets

Dated: March 22, 2013 Benjamin B. Wagner
United States Attorney

By: /s/ Joseph J. Wiseman for Lee Bickley
LEE BICKLEY
Assistant U.S. Attorney

**ORDER**

The Court having received, read, and considered the stipulation of the parties and good cause appearing therefrom, the Court adopts the parties' stipulation as its order in its entirety. It is ordered that the status conference presently set for March 26, 2013, be continued to June 25, 2013, at 9:15 a.m. The Court hereby finds that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. It is ordered that time from the date of the parties' stipulation, March 22, 2013, up to and including, the June 25, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4 (allow defense counsel reasonable time to prepare).

**IT IS SO ORDERED.**
Dated: March 25, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT