HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, # 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
ANGELA SHAVLOVSKY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 11-427-LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | DATE: October 16, 2013 |
| ) | Time: 9:15 a.m. |
| VALERI MYSIN et al., ) | JUDGE: Hon. Lawrence K. Karlton |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through, LEE BICKLEY, Assistant U.S. Attorney, defendant, ANGELA SHAVLOVSKY by and through her counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, JOHN DUREE JR., attorney for VALERI MYSIN, DINA SANTOS, attorney for MICHAEL KENNEDY, JULIA YOUNG, attorney for BORIS MURZAK, and attorney for ZINAIDA MURZAK, and JOHN BALAZS, attorney for VITALIY TUZMAN, that the status conference set for Tuesday, August 27, 2013, be continued to Wednesday, October 16, 2013, at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

The parties agree that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties

1 agree that the ends of justice to be served by a continuance outweigh the best interests of the public and
2 the defendants in a speedy trial, and they ask the Court to exclude time within which the trial of this
3 matter must be commenced under the Speedy Trial Act from the date of this stipulation, August 22, 2013,
4 through October 16, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4,
5 pertaining to reasonable time for defense preparation.

Dated: August 22, 2013                    Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender


                                          /s/ Matthew M. Scoble
                                          MATTHEW M. SCOBLE
                                          Assistant Federal Defender
                                          Attorney for ANGELA SHAVLOVSKY


                                          /s/ Matthew M. Scoble for
                                          JOHN DUREE JR.
                                          Attorney for VALERI MYSIN


                                          /s/ Matthew M. Scoble for
                                          DINA SANTOS
                                          Attorney for MICHAEL KENNEDY


                                          /s/ Matthew M. Scoble for
                                          JULIA YOUNG
                                          Attorney for BORIS MURZAK


                                          /s/ Matthew M. Scoble for
                                          JULIA YOUNG
                                          Attorney for ZINAIDA MURZAK


                                          /s/ Matthew M. Scoble for
                                          JOHN BALAZS
                                          Attorney for VITALIY TUZMAN


Dated: August 22, 2013                    BENJAMIN B. WAGNER
                                          United States Attorney


                                          /s/ Matthew M. Scoble for
                                          LEE BICKLEY
                                          Assistant U.S. Attorney

**O R D E R**

The Court having received, read, and considered the stipulation of the parties and good cause appearing therefrom, the Court adopts the parties' stipulation as its order in its entirety. It is ordered that the status conference presently set for August 27, 2013, be continued to October 16, 2013, at 9:15 a.m. The Court hereby finds that the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is ordered that time from the date of the parties' stipulation, August 22, 2013, up to and including, the October 16, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4 (allow defense counsel reasonable time to prepare).

IT IS SO ORDERED.

Dated: August 23, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT